IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
NO. 5:18-CV-136-RJC-DSC

| | |
|---|---|
| MICHELLE SANCHEZ, CASEY CAUDILL, and KATIE RICHARDS,<br><br>    Plaintiffs,<br><br>v.<br><br>TERRY BUCHANAN, individually and in his official capacity as Sheriff for Ashe County; JAMES HARTLEY, in his official capacity as Sheriff for Ashe County; RICHARD CLAYTON, individually and in his official capacity as chief deputy of the Ashe County Sheriff's Department; MICKEY BOYLES, individually and in his official capacity as deputy of the Ashe County Sheriff's Department; DENNIS ANDERS, individually and in his official capacity as deputy of the Ashe County Sheriff's Department; and EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>    Defendants. | **CONSENT ORDER PERMITTING RELEASE OF WAYNE COUNTY AND DUPLIN COUNTY EMPLOYMENT RECORDS** |

The parties to this matter have submitted a Joint Motion for Entry of Consent Order permitting the release of certain employment records of Plaintiff Katie Richards in this matter.

In so doing, the parties note that Plaintiff Katie Richards once worked for Duplin County EMS and Wayne County EMS and referenced her employment at those two entities in the Amended Complaint in this matter. (*See* Amended Complaint, ¶ 13).

On February 6, 2019, this Court issued its Pretrial Order and Case Management Plan. [DE: #58]. On February 13, 2019, following the institution of discovery in this matter, Defendants Mickey Boyles and Dennis Anders issued Subpoenas to Duplin County EMS and Wayne County

EMS to obtain Plaintiff Katie Richards' employment records, including but not limited to disciplinary records, workers' compensation records and W-2's from those entities. In response, counsel for Duplin County and Wayne County alerted counsel for Defendants Anders and Boyles that certain statutory provisions protected the release of such information absent a court order. Counsel for Defendants Boyles and Anders, Duplin County, Wayne County, and Plaintiff Katie Richards have conferred regarding these issues and believe that the best course of action is to secure an order from this Court permitting the release of these employment file materials in response to the aforementioned Subpoenas.

In light of the representations of the parties as well as counsel for Duplin County and Wayne County, the Court finds that this Motion is meritorious, and as such, orders that Duplin County and Wayne County produce their full and complete personnel records, employment files, workers compensation records, disability records, and W-2's of Plaintiff Katie Richards in response to the Subpoenas issued by Defendants Dennis Anders and Mickey Boyles within fourteen days of the date of this Order to Defendants' Counsel. The Court further orders that Duplin County and Wayne County are not required to comply with the redaction rules of the Federal Rules of Civil Procedure.

Therefore, it is ORDERED, ADJUDGED, AND DECREED that the Joint Motion for Entry of Consent Order is GRANTED.

**SO ORDERED**.

Signed: March 12, 2019

David S. Cayer
United States Magistrate Judge

**APPROVED AS TO FORM AND CONTENT:**

*/s/ Eric Spengler*
**Eric Spengler** (NC Bar No. 47165)
SPENGLER & AGANS, PLLC
352 N. Caswell Rd.
Charlotte, NC 28204
Telephone: 704-910-5469
Facsimile: 704-730-7861
E-mail: eric@spengleraganslaw.com
*Attorney for Plaintiffs*

*/s/ Sean F. Herrmann*
**Sean F. Herrmann** (NC Bar No. 44453)
HERRMANN & MURPHY, PLLC
1712 Euclid Avenue
Charlotte, NC 28203
Telephone: 704-940-6399
Facsimile: 704-940-6407
E-mail: sean@herrmannmurphy.com
*Attorney for Plaintiffs*

*/s/ D. Brandon Christian*
**D. Brandon Christian** (NC Bar No. 39579)
NCLEAG, PLLC
PO Box 2917
Fayetteville, NC 28302
Telephone: 910-750-2265
E-mail: brandon.christian@ncleag.com
*Attorney for Terry Buchanan and Richard Clayton*

*/s/ Ronnie M. Mitchell*
**Ronnie M. Mitchell** (NC Bar No. 8423)
NCLEAG, PLLC
P.O. Box 2917
Fayetteville, NC 28302
Telephone: 910-750-2265
E-mail: ronnie.mitchell@ncleag.com
*Attorney for Terry Buchanan and Richard Clayton*

*/s/ M. Janelle Lyons*
**M. Janelle Lyons** (NC Bar No. 35421)
**Ryan D. Bolick** (NC Bar No. 26482)
CRANFILL SUMNER & HARTZOG, LLP
P.O. Box 30787
Charlotte, NC 28230
Telephone: 704-332-8300
Facsimile: 704-332-9994
E-mail:mlyons@cshlaw.com
       rbolick@cshlaw.com
*Attorneys for James Hartley*

*/s/ James M. Dedman, IV*
**James M. Dedman, IV** (NC Bar No. 37415)
GALLIVAN, WHITE, & BOYD, P.A.
6805 Morrison Blvd., Suite 200
Charlotte, NC 28211
Telephone: 704-552-1712
Facsimile: 704-362-4850
E-mail: jdedman@gwblawfirm.com
*Attorney for Defendants,
Dennis Anders and Mickey Boyles*

*/s/ Christian H. Staples*
**Christian H. Staples** (NC Bar No. 40098)
**William H. Sturges** (NC Bar No. 8524)
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, NC 28280
Telephone: 704-375-0057
Facsimile:704-332-1197
E-mail:wsturges@slk-law.com
       cstaples@slk-law.com
*Attorneys for Employers Mutual Casualty Company*

| | |
|---|---|
| */s/ Wendy Lynne Sivori* | */s/ Andrew Justin Neal* |
| **Wendy Lynne Sivori** (NC Bar No. 28075) | **Andrew Justin Neal** (NC Bar No. 41472) |
| PO Box 966 | PO Box 227 |
| Kenansville, NC 28349 | Goldsboro, NC 27533 |
| Telephone: 910-372-9332 | Telephone: 919-705-1713 |
| E-mail: wendy.sivori@duplincountync.com | E-mail: andrew.neal@waynegov.com |
| | |
| *Attorney for Non-Party Duplin County EMS* | *Attorney for Non-Party Wayne County EMS* |